IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WHITE | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 23-4538 |

## ORDER

AND NOW, this 11th day of March, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Frank DeSimone to dismiss the complaint as to him under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 9) is hereby GRANTED on the ground of absolute immunity.

BY THE COURT:

/s/  Harvey Bartle III
                                                         J.