```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WHITE                    :         CIVIL ACTION
                                 :
         v.                      :
                                 :
CITY OF PHILADELPHIA, et al.     :         NO. 23-4538
```

ORDER

AND NOW, this 8th day of April, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of the City of Philadelphia to dismiss Count VI of the complaint as to it under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 16) is GRANTED in part and DENIED in part;

(2) The motion to dismiss Count VI is GRANTED to the extent that White alleges Monell claims tied to the conduct of Frank DeSimone or the Philadelphia District Attorney's Office; and

(3) The motion to dismiss Count VI is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                     J.