```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL WHITE                  :    CIVIL ACTION
                               :
        v.                     :
                               :
CITY OF PHILADELPHIA, et al.   :    NO. 23-4538

## ORDER

AND NOW, this 22nd day of December 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motions for summary judgment of the defendants City of Philadelphia and the Estate of Detective Lawrence Gerrard (Doc. #81 and Doc. #82) are GRANTED.

                              BY THE COURT:


                              /s/   Harvey Bartle III
                                                    J.